26240. RICHARDSON *v.* THE STATE.

BROYLES, C. J. The evidence amply authorized the defendant's conviction of the offense charged (stabbing) ; and the court did not err in overruling the motion for new trial containing the general grounds only.

*Judgment affirmed. MacIntyre and Guerry, JJ., concur.*

DECIDED MAY 6, 1937.

*E. T. Moon,* for plaintiff in error.

*L. L. Meadors, solicitor,* contra.